**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**AT MARTINSBURG**

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

**v.**                                    **CRIMINAL NO. 3:03CR12**
                                            **(BROADWATER)**

**JACKIE ROBINSON,**
        **Defendant.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge David J. Joel, dated December 13, 2005. Neither party filed objections to the Report.

The Court has reviewed the matters before it, agrees with the Magistrate Judge's recommendation, and hereby **REVOKES** Defendant's supervised release. For the reasons set forth in the Report and Recommendation and elsewhere on the record, defendant shall serve a ten month term of incarceration in the custody of the Bureau of Prisons. After the discharge of that period of incarceration, the defendant shall not be placed on supervised release, pursuant to 18 U.S.C. § 3583. The defendant shall remain in the custody of the United States Marshal's Service until he receives his designation from the Bureau of Prisons. Defendant shall receive credit toward his ten month sentence for all time spent in federal custody after the date of his arrest on the warrant issued pursuant to the current revocation petition.

A Judgment and Commitment Order shall issue.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of record herein.

**DATED** this **4**th day of January 2006.

W. Craig Broadwater

**W. CRAIG BROADWATER**
**UNITED STATES DISTRICT JUDGE**